UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AMANDA MCNEILL                                CIVIL ACTION

VERSUS                                        NO. 11-2941

OFFICR STEVEN DAILEY AND                      SECTION "B"(1)
OFFICER BILLY THOMAS

### ORDER

Before the Court are Plaintiff Amanda McNeill's ("McNeill")Motion in Limine to Dismiss Expert Report and Testimony of Kerry J. Najolia, Defendant Defendant Officer Steve Dailey's[1] ("Dailey") Opposition to the motion, McNeill's Reply in support of the motion and all supporting memoranda. (Rec. Docs. No. 15, 15-2, 22, & 27). Accordingly,

**IT IS ORDERED** that the motion is **DENIED** in part but **GRANTED** in part to exclude prior arrest history unrelated to the instant arrest, where that prior arrest history did not result in convictions. Convictions may be admissible as impeachment evidence subject to further restrictions.

New Orleans, Louisiana, this 17TH day of October, 2012.

UNITED STATES DISTRICT JUDGE

---

[1] Motion was actually filed by both Defendants, Officer Steve Dailey and Officer Billy Thomas, but Officer Billy Thomas was subsequently dismissed from the action by this Court's Order (Rec. Doc. No. 28), pursuant to Plaintiff Amanda McNeill's unopposed motion (Rec. Doc. No. 25).